UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> McVEA'S TRUCKING COMPANY LLC, a Washington limited liability company, d/b/a MTC Trucking Company, LLC, <br><br> Defendant. | CASE NO.: C21-95-RAJ-MLP <br><br> ORDER ON SUPPLEMENTAL PROCEEDINGS DIRECTING APPEARANCE, ANSWERS, AND PRODUCTION OF DOCUMENTS OF JUDGMENT DEBTOR |

Pursuant to Plaintiff's Motion for an Order requiring the Judgment Debtor's attendance at an examination of debtor and debtor's Answers and Production of Documents, and proof having been made that an unsatisfied judgment against the Judgment Debtor exists, it is hereby

**ORDERED** that Victor McVea, owner of McVea's Trucking Company LLC., appear at the United States District Court for the Western District of Washington at Seattle, 700 Stewart Street, Courtroom 12B, Seattle, Washington 98101, on the 20th day of October 2021 at 9:15 a.m., then and there to answer under oath questions concerning any property the debtor has in its possession, or under its control which should be applied towards satisfaction of the judgment rendered in this action.

ORDER ON SUPPLEMENTAL PROCEEDINGS - 1

**IT IS FURTHER ORDERED** that Victor McVea answer the attached Interrogatories which are attached to this Order as **Exhibit "A"** and incorporated herein by this reference, and bring the written responses thereto to the supplemental proceedings examination on the date given.

**IT IS FURTHER ORDERED** that Victor McVea, having been served with a copy of this Order, shall bring the documents requested in **Exhibit "B"** to this Order, which is incorporated herein by this reference, to the supplemental proceeding examination on the date given.

**IT IS FURTHER ORDERED** that Plaintiff is entitled to attorney's fees if Victor McVea does not appear, in the total amount of $750.00, for bringing this Motion.

**IT IS FURTHER ORDERED** if Victor McVea does not appear, a warrant may be issued for his arrest and he shall be further obligated to the Plaintiff for its attorney's fees.

DATED at Seattle, Washington, this 3rd day of September, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented for Entry by:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: _Russell J. Reid_
Russell J. Reid, WSBA #2560
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff

ORDER ON SUPPLEMENTAL PROCEEDINGS - 2